IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18MJ3030 |
| vs. | |
| TERRANCE A. ICE, | ORDER OF DISMISSAL |
| Defendant. | |

As requested in the government's motion, (Filing No. 5), which is hereby granted,

IT IS ORDERED that the government's complaint against Defendant Terrance A. Ice is dismissed without prejudice.

March 28, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge